**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7282**

———————

MARCELLO B. PARKS, SR.

              Petitioner – Appellant,

        v.

PATRICIA R. STANSBERRY, Warden,

              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie  M.  Brinkema,
District Judge. (1:10-cv-01217-LMB-TCB)

———————

Submitted: January 31, 2012        Decided: February 2, 2012

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marcello Brian Parks, Sr., Appellant Pro Se. Yiris E. Cornwall,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcello Brian Parks, Sr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parks v. Stansberry, No. 1:10-cv-01217-LMB-TCB (E.D. Va. Sept. 2, 2011). We deny Parks' motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED